# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 26, 2024

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

    Re:    Brian Bowen, II
            v. Adidas America, Inc., et al.
            No. 23-920
            (Your No. 21-1764, 21-2029)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 20, 2024 and placed on the docket February 26, 2024 as No. 23-920.

                            Sincerely,

                            **Scott S. Harris**, Clerk

                            by

                            Angela Jimenez
                            Case Analyst